AO 442 (Rev. 11/11) Arrest Warrant

FID 11690359

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 1:16 pm, Jul 01, 2024

United States of America
v.
Catholine DeVries

*Defendant*

)
)  Case: 1:24-mj-00212
)  Assigned to: Judge Upadhyaya, Moxila A.
)  Assign Date: 7/1/2024
)  Description: COMPLAINT W/ ARREST WARRANT
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Catholine DeVries

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(C)- Entering and Remaining in Certain Rooms in the Capitol Building,
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 07/01/2024

*Issuing officer's signature*

City and state: Washington, D.C.       MOXILA A. UPADHYAYA, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/1/24, and the person was arrested on *(date)* 7/30/24
at *(city and state)* Washington, DC

Date: 7/30/24

*Arresting officer's signature*

Michael Tantillo
*Printed name and title*