UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

v. : No. 24-mj-212

CATHOLINE DEVRIES :

### DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

Ms. Catholine DeVries, through undersigned counsel, respectfully moves this Honorable Court to modify her conditions of pretrial release to permit her to travel within Delaware without prior notification to her Pretrial Services Officer. Ms. DeVries lives in Salisbury, Maryland, which is just south of the Delaware border. She sometimes shops and visits friends who live over the border in Delaware. Her current conditions of pretrial release only permit her to travel within Maryland without prior notice to her Pretrial Services Officer. Given her close proximity to Delaware and frequent need to visit Delaware, Ms. DeVries asks that her pretrial release conditions also permit her to travel within Delaware without prior notice. Government counsel and Pretrial both consent to this change in conditions.

        Respectfully submitted,

        /s/
        _____
        Diane Shrewsbury
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W.
        Suite 550
        Washington, D.C.  20004
        (202) 208-7500